IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0483
 ((((((((((((((((

 Benjie Smith D/B/A Oak Cliff Metals, Petitioner

 v.

 Dass, Inc., Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Motion for Extension of Time to File Petition For Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy filed with this Court on
July 10, 2009, this case is ABATED. Tex. R. App. P. 8.2.
 2. This case is removed from the Court's active docket until and
shall be treated as closed, subject to reinstatement upon proper motion.
Tex. R. App. P. 8.3 All motions and other documents pending or filed are
abated subject to being reurged in the event the case is reinstated. Tex.
R. App. P. 8.2 and 8.3. It is the parties' responsibility to immediately
notify this Court once the automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 16th day of July, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk